IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00734-BNB-KLM

GARY D. PACHECO, and
BERNARD G. PACHECO,

Plaintiffs,

v.

LTD FINANCIAL SERVICES, L.P.,

Defendant.

_____

## ORDER OF DISMISSAL
_____

This matter is before me on the **Stipulation of Dismissal with Prejudice** [Doc. 24, filed August 13, 2010] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated August 16, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge